**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMINDER SINDAL,<br><br>    Plaintiff,<br><br>  v.<br><br>BRITISH AIRWAYS, PLC,<br>OCS GROUP, LTD,<br><br>    Defendants.<br>_____/ | No. C-05-410  MJJ<br><br>**ORDER GRANTING DEFENDANT OCS GROUP, LTD'S MOTION TO DISMISS** |

On April 18, 2005, Defendant OCS Group, Ltd. ("OCS") filed a motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(2), for lack of personal jurisdiction. Plaintiff timely filed its statement of non-opposition to the motion. Accordingly, the Court **GRANTS** Defendant OCS' motion  OCS Group, Ltd. is no longer a defendant in the above-captioned action. Oral argument on OCS' motion to dismiss, currently scheduled for June 7, 2005, is hereby **VACATED**.

This Order terminates docket entry no. 11.

**IT IS SO ORDERED.**

Dated: May _2__, 2005

      /s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

[APPROVED — Judge Martin J. Jenkins seal]