1  WATSON LAW GROUP
   Stephen A. Watson, Esq. (State Bar No.: 137804)
2  Reid B. Smith, Esq. (State Bar No.: 75059)
   Tom T. Nagashima, Esq. (State Bar No. 233636)
3  4165 E. Thousand Oaks Boulevard, Suite 235
   Westlake Village, CA 91362
4  Telephone: (805) 446-3005
   Facsimile:  (805) 446-3006
5

6  Attorneys for Defendant
   British Airways PLC
7

**FILED**

**AUG 23 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8          THE UNITED STATES DISTRICT COURT FOR THE

9              NORTHERN DISTRICT OF CALIFORNIA

10                      (OAKLAND)

11

12

13  GURMINDER SINDAL,                    Case No. C-05-00410 MJJ

14                                       [PROPOSED] ORDER GRANTING
                    Plaintiff,           BRITISH AIRWAYS' REQUEST TO BE
15       vs.                             EXCUSED FROM PERSONALLY
                                         ATTENDING MEDIATION
16
    BRITISH AIRWAYS, PLC,                ADR Magistrate: Hon. Wayne D. Brazil
17                                       Trial Judge:    Hon. Martin J. Jenkins
                    Defendants.          Mediation Date:  September 6, 2005
18

19

20

21

22       On August 22, 2005, British Airways, PLC, requested from United States

23  Magistrate Judge Wayne D. Brazil, an order pursuant to ADR Local Rule 6-9 (2)(d),

24  excusing the personal appearance by its representative at mediation.

25  ///

26  ///

27  ///

28

**WLG**
WATSON LAW GROUP
[Proposed] Order Granting British Airways' Request To Be Excused From Personally Attending Mediation

1      After consideration of British Airways' request, IT IS HEREBY ORDERED that

2   British Airways' request for an order excusing the personal appearance by its

3   representative at mediation is granted *on condition that the representative*

4   *be available throughout by phone.*

5

6   Dated: __8/23/05__                    _Wayn D. Brazil_
                                           United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WLG**
WATSON LAW GROUP

[Proposed] Order Granting British Airways' Request To Be Excused From Personally Attending Mediation

TOTAL P.04